*Ring by CNN*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

04-04-11

Receipt # 192898

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| JAMES C SADOWSKI SR<br>THERESA J SADOWSKI<br>Debtor(s) | CASE NO. BKY 07-43532 RJK |

*U.S. BANKRUPTCY COURT MINNEAPOLIS, MN — RECEIVED 11 APR -4 AM 9:3*

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to ROSE MEJIA in the amount of $13.14, were unclaimed.

CREDITOR:            CLAIM NUMBER:    AMOUNT:
ROSE MEJIA           19               $13.14
8504 S MAPLEBROOK CIR
MINNEAPOLIS, MN  55445-1937

ACCOUNT NUMBER:
No Account Number Listed

**Jasmine Z. Keller, Trustee**

Dated: April 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee